RECEIVED
IN LAKE CHARLES, LA
APR 22 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TOMA GODWIN AYIGBA** | : | **DOCKET NO. 08-cv-0015** |
| VS. | : | **JUDGE TRIMBLE** |
| **BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. In the alternative, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that the Motion to Dismiss for Lack of Jurisdiction [doc. 6] be, and is hereby GRANTED.

IT IS FURTHER ORDERED that the Petition for a Writ of Habeas Corpus [doc. 1] be, and is hereby DENIED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22 day of April, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE